**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 13-2341**

_____

SALLY DEE DIRICO,

                    Plaintiff – Appellant,

       v.

VIRGINIA DEPARTMENT OF TRANSPORTATION, Christiansburg
Residency; DAVID CLARKE, VDOT Christiansburg Residency;
STACY KEITH; DONNA GRAHAM, VDOT Salem District,

                    Defendants - Appellees.

_____

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke.   Samuel G. Wilson, District
Judge.  (7:13-cv-00440-SGW)

_____

Submitted:  January 23, 2014      Decided:  January 27, 2014

_____

Before WILKINSON and DIAZ, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

_____

Dismissed by unpublished per curiam opinion.

_____

Sally Dee DiRico, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Sally Dee DiRico seeks to appeal the district court's order dismissing her in forma pauperis employment discrimination action without prejudice for failure to state a claim, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) (2012). This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2012), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2012); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541, 545-46 (1949). The order DiRico seeks to appeal is neither a final order nor an appealable interlocutory or collateral order, as DiRico may be able to save her action by amending her complaint to cure the pleading deficiencies that were identified by the district court. Domino Sugar Corp. v. Sugar Workers Local Union 392, 10 F.3d 1064, 1066-67 (4th Cir. 1993). Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED

2